**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| GINA B. KROL, not individually but solely | ) | |
| as the Chapter 7 Trustee of the estate of SCP | ) | |
| MERCHANDISING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-00420 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO: See attached list.

PLEASE TAKE NOTICE that on April 15, 2026, at 9:30 a.m., the undersigned shall appear before the Honorable David D. Cleary, or whomever may be sitting in his place and stead, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and will then present the *Trustee's Motion to Compel Turnover of Funds Directed to JPMorgan Chase Bank, N.A.*, a copy of which is attached hereto and herewith served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

1

**Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated:  April 8, 2026

**GINA B. KROL, CHAPTER 7 TRUSTEE**

By: /s/ *Elizabeth L. Janczak*
   One of Her Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
Sanjiv H. Sarma
SMITH GAMBRELL & RUSSELL LLP
155 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312.360.6000
Facsimile:   312.360.6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com
ssarma@sgrlaw.com

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| GINA B. KROL, not individually but solely | ) | |
| as the Chapter 7 Trustee of the estate of SCP | ) | |
| MERCHANDISING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-00420 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Elizabeth L. Janczak, an attorney, hereby certify that on April 8, 2026, I caused a true and correct copy of the attached *Notice of Motion* and *Trustee's Motion to Compel Turnover of Funds Directed to JPMorgan Chase Bank, N.A.* to be filed with the Court and served upon the following parties by the manner listed below.

*/s/ Elizabeth L. Janczak*

**U.S. Mail Service**

SCP Merchandising, LLC
1020 Olympic Dr
Batavia, IL 60510-1329

United Parcel Service, Inc.
c/o Illinois Corporation Service Company, Registered Agent
801 Adlai Stevenson Dr
Springfield, IL 62703-4261

3

United Parcel Service, Inc.
c/o Brian Cannon, President
55 Glenlake Pkwy NE
Atlanta, GA 30328

JPMorgan Chase Bank, N.A.
Attn: Court Order and Levies
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

**<u>Facsimile</u>**

JPMorgan Chase Bank, N.A.
Attn: Court Order and Levies
1-866-699-0618

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| GINA B. KROL, not individually but solely | ) | |
| as the Chapter 7 Trustee of the estate of SCP | ) | |
| MERCHANDISING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-00420 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**TRUSTEE'S MOTION TO COMPEL TURNOVER OF**
**FUNDS DIRECTED TO JPMORGAN CHASE BANK, N.A.**

Gina B. Krol (the "*Trustee*"), not individually but solely as the Chapter 7 Trustee of the estate of SCP Merchandising, LLC by and through her undersigned counsel, hereby moves this Court for an order authorizing and directing turnover of funds held by JPMorgan Chase Bank, N.A. ("*Chase Bank*") in accounts in the name of judgment debtor United Parcel Service, Inc. (the "*Defendant*"), pursuant to 735 ILCS § 5/2–1402(c). In support of this Motion, the Trustee states as follows:

**Background**

1.      On February 24, 2026, this Court entered judgment in favor of the Trustee and against the Defendant in the total amount of $294,561.74, plus post-judgment interest (the "*Judgment*"), all of which remains unsatisfied. *See* ECF No. 11.

2.      The Trustee commenced post-judgment collection proceedings against the Defendant, including issuing a citation to discover assets directed to the Defendant and a third-party citation to discover assets directed to Chase Bank (the "*Third Party Citation*"). *See* ECF Nos. 13–14.

3.      The Trustee served Chase Bank with the Third Party Citation on or about March 12, 2026 (*see* ECF No. 17), and Chase Bank served its answer on the Trustee on or about April 4, 2026, responding that it is holding $589,123.48 (the "*Hold Amount*") in the name of the Defendant. Chase Bank's answer is attached hereto as Exhibit A.

4.      The Hold Amount contains funds sufficient to completely satisfy the Judgment.

5.      As of the date of this Motion, the Defendant has not responded to the citation served upon it or asserted any exemptions regarding the funds which are the subject of this Motion.

**Request for Relief**

6.      By this Motion, the Trustee requests that the Court enter an order authorizing and directing Chase Bank to turn over $295,974.02, representing the Judgment amount plus post-judgment interest that has accrued and will continue to accrue through and including April 15, 2026,[1] from monies held in accounts in the Defendant's name to the Trustee in complete satisfaction of the Judgment.

7.      Under Federal Rule of Civil Procedure 69, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7069, the law of the state in which a federal court is located governs post-judgment collections.

---

[1] Under 28 U.S.C. § 1961, interest on a money judgment shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding. The relevant interest rate for this Judgment is 3.50 percent. From the date of the Judgment to the presentment date of this Motion, post-judgment interest will have accrued in the amount of $1,412.28.

8.     735 ILCS 5/2-1402(c) gives trial judges broad authority to enter an "appropriate order" "when assets or income . . . are discovered." 735 ILCS 5/2-1402(c). Under section 2-1402(c), the court's authority lies in one of six forms of relief afforded by the section. *See Business Serv. Bureau v. Martin*, 306 Ill. App. 3d 907, 911 (4th Dist. 1999). "Moreover, the order must be directed to accomplish any of the six objectives enumerated in sections 2-1402(c)(1) through (c)(6) of the Code. 735 ILCS 5/2-1402(c)(1) through (c)(6) . . . . Those objectives deal primarily with compelling the judgment debtor to deliver discovered assets or compelling parties indebted to the judgment debtor to deliver assets." *Id*. *See also Samuels v. Wilder*, 1989 U.S. Dist. LEXIS 11492, at 7–11 (N.D. Ill. 1989).

9.     Section 2-1402(c)(3) specifically permits the Court to order any person to deliver assets discovered to be applied in satisfaction of the Judgment.

10.     Based on the foregoing, the Trustee respectfully requests that the Court enter an order authorizing and directing Chase Bank to turn over $295,974.02 from monies it is holding in accounts in the Defendant's name to the Trustee in complete satisfaction of the Judgment.

WHEREFORE, the Trustee respectfully requests that this Court enter an order (1) authorizing and directing JPMorgan Chase Bank, N.A. to immediately turn over $295,974.02 from monies it is holding in accounts in the name of United Parcel Service, Inc. to the Trustee in complete satisfaction of its judgment against United Parcel Service, Inc.; and (2) granting such other and further relief as this Court deems just and proper.

3

Dated: April 8, 2026        **SMITH GAMBRELL & RUSSELL LLP**

By: /s/ *Elizabeth L. Janczak*
       One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
Sanjiv H. Sarma
155 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:     312.360.6000
Fax:     312.360.6520
Email:  sderousse@sgrlaw.com
        ejanczak@sgrlaw.com
        ssarma@sgrlaw.com


*Counsel for the Trustee*

4

# EXHIBIT A



RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

# FAX



**To:** **Fax Recipient**
Company:
     Fax:  13123606520
Phone:

**From:**  JPMorganChase Court Orders and Levies

---

**NOTES**: Please find attached.Feel free to contact us if you have any questions.COAL-30Mar26-5198

If you have questions, please call us at 1-866-578-7022. We're here to help you Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 7 p.m. Eastern Time.

Esta carta contiene información importante de la cuenta. Si tiene alguna pregunta, por favor, llame al 1-866-578-7022, de lunes a viernes, de 8 a.m. a 9 p.m. hora del Este, los sábados de 8 a.m. a 7 p.m. hora del Este.

OL7

JPMorgan Chase Bank, N.A.

**Confidentiality Notice:** This transmission is intended for the use of the individual or entity to which it is addressed. This transmission may contain information that is confidential or privileged under law. If you are not the intended recipient, you have received this in error and you are hereby notified that retention, dissemination, distribution, copying, or use of the information contained in this transmission (including any reliance thereon) is strictly prohibited. If you received this transmission in error, please notify the sender immediately by telephone and destroy the original. Thank you.

Date and time of transmission: 04/06/2026 4:37 PM
Number of pages including this coversheet: 4



Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

SMITH GAMBRELL AND RUSSELL LLP
155 NORTH WACKER DR STE 3000
CHICAGO, IL 60606

**RE: GINA B KROL v. UNITED PARCEL SERVICE INC Case No.: 2500420, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): UNITED PARCEL SERVICE INC

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 9428 | 589123.48 | 589123.48 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

**Answers**

| | |
|---|---|
| Answer1 | JPMORGAN CHASE BANK NA, MAIL CODE: LA4-7200, 1414 WOODWARD AVE, RUSTON, LA 71270-2015;United Parcel Service Inc;EIN: XXX-XX-0149;JUDGMENT: 294,561.74 |
| Answer2 | A. CHECKING ACCOUNT XXX9428 AMOUNT WITHHELD $589123.48 |
| Signature | /S/ DAVONE NANTHADETH |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,


Davone Nanthadeth
Transactions Specialist IV
JPMorgan Chase Bank, N.A.


Date: Saturday, Apr 04, 2026