# <u>EXHIBIT A</u>



RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774



**To:  Fax Recipient**
Company:
Fax:   13123606520
Phone:

**From:**   JPMorganChase Court Orders and Levies

**NOTES**: Please find attached.Feel free to contact us if you have any questions.COAL-30Mar26-5198

If you have questions, please call us at 1-866-578-7022. We're here to help you Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 7 p.m. Eastern Time.

Esta carta contiene información importante de la cuenta. Si tiene alguna pregunta, por favor, llame al 1-866-578-7022, de lunes a viernes, de 8 a.m. a 9 p.m. hora del Este, los sábados de 8 a.m. a 7 p.m. hora del Este.

OL7

JPMorgan Chase Bank, N.A.

**Confidentiality Notice:** This transmission is intended for the use of the individual or entity to which it is addressed. This transmission may contain information that is confidential or privileged under law. If you are not the intended recipient, you have received this in error and you are hereby notified that retention, dissemination, distribution, copying, or use of the information contained in this transmission (including any reliance thereon) is strictly prohibited. If you received this transmission in error, please notify the sender immediately by telephone and destroy the original. Thank you.

Date and time of transmission: 04/06/2026 4:37 PM
Number of pages including this coversheet: 4



Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

SMITH GAMBRELL AND RUSSELL LLP
155 NORTH WACKER DR STE 3000
CHICAGO, IL 60606

**RE: GINA B KROL v. UNITED PARCEL SERVICE INC Case No.: 2500420, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s):
UNITED PARCEL SERVICE INC

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 9428 | 589123.48 | 589123.48 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

**Answers**

| Answer1 | JPMORGAN CHASE BANK NA, MAIL CODE: LA4-7200, 1414 WOODWARD AVE, RUSTON, LA 71270-2015;United Parcel Service Inc;EIN: XXX-XX-0149;JUDGMENT: 294,561.74 |
|---|---|
| Answer2 | A. CHECKING ACCOUNT XXX9428 AMOUNT WITHHELD $589123.48 |
| Signature | /S/ DAVONE NANTHADETH |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,

Davone Nanthadeth
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

Date: Saturday, Apr 04, 2026